1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-370-PMP (RJJ) |
| | ) | |
| CAROLYN ALLEN, A.K.A. | ) | |
| BIG MOMMA, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 27, 2011, defendant CAROLYN ALLEN, A.K.A. BIG MOMMA, pled guilty to Counts One and Two of a Two-Count Criminal Information charging her in Count One with Conspiracy to Distribute Cocaine in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and in Count Two with Conspiracy to Distribute Oxycodone in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Docket #39, #41, #43.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and agreed to in the Plea Memorandum and the offense to which defendant CAROLYN ALLEN, A.K.A. BIG MOMMA, pled guilty. #39, #41, #43.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2):

. . .

1  a. an in personam criminal forfeiture money judgment of $14,200.00 in United
2  States Currency; and
3  b. 2010 Nissan 370Z, VIN: JN1AZ4FH1AM301985 ("property").
4  This Court finds the United States of America is now entitled to, and should, reduce the
5  aforementioned property to the possession of the United States of America.
6  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
7  United States of America should seize the aforementioned property.
8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
9  CAROLYN ALLEN, A.K.A. BIG MOMMA, in the aforementioned property is forfeited and is
10 vested in the United States of America and shall be safely held by the United States of America until
11 further order of the Court.
12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
16 the name and contact information for the government attorney to be served with the petition,
17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
19 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
20 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
22 following address at the time of filing:
23      Michael A. Humphreys
        Assistant United States Attorney
24      Daniel D. Hollingsworth
        Assistant United States Attorney
25      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
26      Las Vegas, Nevada 89101.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3   following publication of notice of seizure and intent to administratively forfeit the above-described
4   property.
5   DATED this _ 30th day of January, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Preliminary Order of Forfeiture on January 30, 2012, by the below identified method of service:

CM/ECF:

John J Momot , Jr.
John J. Momot, Ltd.
520 South Fourth Street Suite 300
Las Vegas, NV 89101
Email: john@momotlawfirm.com
Counsel for the Defendant Carolyn Allen

Yi Lin Zheng
John J. Momot, Ltd.
520 South Fourth Street
Las Vegas, NV 89101
Email: MOMOTEFILING@GMAIL.COM
Counsel for the Defendant Carolyn Allen

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal