**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>         Plaintiff,                             )<br>                                                         )<br>  v.                                                  )    2:11-CR-370-HDM-(CWH)<br>                                                         )<br>CAROLYN ALLEN,                       )<br>A.K.A. BIG MOMMA,                    )<br>                                                         )<br>         Defendant.                          )| |

**ORDER OF FORFEITURE**

This Court found on January 30, 2012, that CAROLYN ALLEN, A.K.A. BIG MOMMA, shall pay the criminal forfeiture money judgment of $14,200.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and (a)(2). Criminal Information, ECF No. 39; Plea Memorandum, ECF No. 41; Change of Plea, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 45.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CAROLYN ALLEN, A.K.A. BIG MOMMA, the criminal forfeiture money

///
///
///
///
///

1 | judgment in the amount of $14,200.00 in United States Currency pursuant to Fed. R. Crim. P.
2 | 32.2(b)(4)(A) and (B) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).
3 |     DATED this 14th day of April, 2015.

                                                    UNITED STATES DISTRICT JUDGE