CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN ALLEN,<br>A.K.A. BIG MOMMA,<br><br>    Defendant. | 2:11-CR-370-HDM<br><br>**Request for Access to Copy of Presentence Investigation Report as to Carolyn Allen and Order** |

    The United States of America requests a copy of the presentence investigation report (PSR) for the defendant Carolyn Allen, a.k.a. Big Momma.

    18 U.S.C. § 3552(d) directs the court to "provide a copy of the presentence report to the attorney for the Government to use in collecting an assessment, criminal fine, forfeiture or restitution imposed." The United States plans to use the PSR in the process of collecting the forfeiture this Court imposed on Carolyn Allen, a.k.a. Big Momma. *See* Order of Forfeiture, ECF #71. The forfeiture Assistant United States Attorney needs the PSR to determine whether defendant Carolyn Allen, a.k.a. Big Momma, is selling real property, or

/ / /

/ / /

/ / /

/ / /

a different Carolyn Allen is. Accordingly, the United States requests the Court to order the United States Probation Office to provide the PSR to the government.

Dated: November 5, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED

Howard D. McKibben
United States District Court Judge

Dated: November 8, 2021